

NUMBER 13-08-00574-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE R. SCOTT BROWN, BLACK ROCK INVESTMENT
PARTNERSHIP, MARK G. MAGNESS, ALAN L. SMITH, J&K EQUITY
PARTNERS, LP, RICHARD L. BURLESON, RICHARD A. DEGNER,
CRAIG LINDBERG, RANDOLPH NEWCOMER, JR., DIVERSE
EXPLORATION, LP, DARIN GOSDA, MARGARET S. GOSDA,
ORPHEUS HOLDINGS, LLC, ASLAN CAPITAL FUND I (QP) LP,
AND PORT ISABEL LOGISTICAL OFFSHORE TERMINAL, INC.

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam[1]

Relators, R. Scott Brown, et al., filed a petition for writ of mandamus in the above

cause on October 7, 2008. The Court ordered the real parties in interest, Robert A. Ostos,

David Eymard, and Russell L. Reichert, to file a response to relators' petition for writ of

mandamus before the expiration of ten days from the date of the order. *See* TEX. R. APP.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

P. 52.8(b).  Such response was duly filed.

Relators have now informed the Court that the parties have compromised and settled their differences.  Accordingly, this original proceeding is DISMISSED without reference to the merits.

IT IS SO ORDERED.

PER CURIAM

Memorandum Opinion delivered and
filed this 4th day of November, 2008.